UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
May 23, 2022 2:18 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:kb SCANNED BY: KB / 5/23

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS WILLIAM CAMERON, JR.,

Defendant.

1:22-cr-71

**Janet T. Neff**
**U.S. District Judge**

**FELONY INFORMATION**

The United States Attorney charges:

(Financial Institution Fraud)

Between in or about February 2019 and in or about November 2020, in Kent County, in the Southern Division of the Western District of Michigan,

THOMAS WILLIAM CAMERON, JR.

knowingly executed a scheme and artifice to obtain money under the custody and control of a financial institution by means of false and fraudulent pretenses, representations, and promises.

As part of the scheme and artifice, the Defendant, THOMAS WILLIAM CAMERON, JR., obtained money under the custody and control of United Bank of Michigan, a federally insured financial institution, by: (A) fraudulently transferring a total of approximately $82,904.98 from a United Bank of Michigan account maintained by victim [R.H.B.] to the Defendant's personal bank account; (B) fraudulently writing checks made payable to himself totaling approximately $31,584.00, which were drawn on a United Bank of Michigan account maintained

by victim [R.H.B.]; and (C) fraudulently writing checks made payable to himself totaling approximately $80,102.57, which were drawn on a United Bank of Michigan account maintained by victim [R.H.B.].

18 U.S.C. § 1344(2)
18 U.S.C. § 20

MARK A. TOTTEN
United States Attorney

Date: May 23, 2022

CHRISTOPHER M. O'CONNOR
Assistant United States Attorney